UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                       Plaintiff,

                                                                               DECISION AND ORDER

                                                                                 07-CR-6059L

               v.

CHRISTOPHER L. MARTIN,

                       Defendant.
_____

On May 4, 2007, United States Magistrate Judge Marian W. Payson issued a Report and Recommendation recommending that defendant, Christopher L. Martin, now be found competent to stand trial. Both the Government and defense counsel agreed to such a recommendation. No objections, therefore, have been filed concerning the Report and Recommendation. I adopt and accept the Report and Recommendation.

CONCLUSION

I adopt and accept the Report and Recommendation (Dkt. # 23) filed by United States Magistrate Judge Marian W. Payson on May 4, 2007. I find that defendant, Christopher L. Martin,

is now competent to stand trial; he understands the nature and consequences of the proceedings against him and is able to assist in his defense.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
　　　　May 29, 2007.