UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                               ORDER

                                                                               07-CR-6059L

             V.

CHRISTOPHER MARTIN,

                               Defendant.
_____

       The defendant, Christopher Martin ("Martin") was sentenced on June 10, 2008, to a term of imprisonment. He was also placed on supervised release for three years with several special conditions, including a condition that he reside at the Community Corrections Center for three months and that he continue his treatment with anti-psychotic medication.

       On August 15, 2008, Martin was released from incarceration but, because he had neglected or refused to take his prescribed medication while in custody, he presented with serious mental health issues and was taken to Strong Memorial Hospital, apparently based on a mental hygiene arrest.

       This Court signed a petition alleging a violation of supervised release on August 19, 2008. The principal basis for the violation was that the defendant had refused to take the necessary anti-psychotic medication and, because of that, the Community Corrections Center refused to admit him.

The State of New York, pursuant to the Mental Hygiene Law, may seek an order to administer anti-psychotic drugs to Martin.

After consulting with the Government, the Supervising Probation Officer, and Martin's attorney, in court on August 20, 2008, it is the recommendation that this Court order Mr. Martin to take the medication prescribed for him which was a condition of his term of supervised release. That request is granted. **Christopher Martin, therefore, is directed and ordered by this Court to cooperate with the treating physicians and take the prescribed anti-psychotic medication recommended. While at the Federal Batavia Detention Center Martin was taking *Haldol Deconate:* 100 mg. bi-weekly injectable, *Cogentin*: 2 mg. orally each night by mouth, *Zyprexa Zydis:*. 10 mg. orally, on the per night.**

If Martin fails to comply with this Order, he is in violation of the terms of supervised release and if found guilty after a hearing could be sentenced to a further term of imprisonment.

This Order shall be promptly docketed and filed and Martin's appointed lawyer, Assistant Federal Public Defender Mark D. Hosken, is directed to serve a copy of the Order on Martin.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
August 21, 2008.